United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER ROSSI,

    Plaintiff,

v.

TECHNOGYM USA CORP,

    Defendant.

Case No. 24-cv-02324-TSH

**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Re: Dkt. No. 27

Plaintiff Christopher Rossi seeks leave to file a second amended complaint pursuant to Federal Rule of Civil Procedure 15(a).  ECF No. 27.  Defendant Technogym USA Corp has filed a Statement of Non-Opposition.  ECF No. 31.  The Court finds this matter suitable for disposition without oral argument and **VACATES** the September 26, 2024 hearing.  *See* Civ. L.R. 7-1(b).[1]

Under Federal Rule of Civil Procedure 15(a)(1), a party may amend its original pleading once as a matter of course within 21 days of serving it.  "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  The Court considers five factors in deciding a motion for leave to amend: (1) bad faith on the part of the movant; (2) undue delay; (3) prejudice to the opposing party; (4) futility of amendment; and (5) whether the plaintiff has previously amended his complaint.  *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 738 (9th Cir. 2013), *aff'd sub nom. Oneok, Inc. v. Learjet, Inc.*, 575 U.S. 373 (2015).  The rule is "to be applied with extreme liberality."  *Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (internal quotations and citation omitted).  Generally, a court should determine whether to grant leave indulging "all

---

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).  ECF Nos. 8, 19.

1  inferences in favor of granting the motion." *Griggs v. Pace Am. Grp., Inc.*, 170 F.3d 877, 880 (9th Cir. 1999).

Having considered the relevant factors, as well as Defendant's non-opposition, the Court finds good cause exists to permit the amendment and therefore **GRANTS** Rossi leave to file a second amended complaint within 10 days of receiving admissible evidence from Technogym identifying the ERISA-governed defined contribution plan(s) sponsored by Technogym and the plan administrator(s) for each such plan, adding such parties as defendants with respect only to Plaintiff's Fourth Cause of Action for breach of fiduciary duty under ERISA.

**IT IS SO ORDERED.**

Dated: September 3, 2024

THOMAS S. HIXSON
United States Magistrate Judge

2